UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00543-BR

| | | |
|---|---|---|
| CARRINGTON MORTGAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| JAMES VECCHIONE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the 7 August 2012 Memorandum and Recommendation ("M&R") of Magistrate Judge James E. Gates recommending that this action be remanded to Superior Court of Durham County. Defendant, the removing party, has not filed objections to the M&R. The court ADOPTS the M&R as its own. Accordingly, this action is REMANDED to Superior Court for Durham County, and the Clerk is DIRECTED to send a copy of this order to the Clerk of that court. Also, Wells Fargo Bank, N.A. as Trustee for Carrington Mortgage Loan Trust's motion to remand is DENIED AS MOOT and its request for costs and expenses therein is DENIED on the merits.

This 29 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge